IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**JOHN J. GING,**

    **Plaintiff,**

**v.**                                                                  **CASE NO.: 09-CV-2540 JWL/DJW**

**TRINITY HOPE ASSOCIATES, LLC,**

    **Defendant.**

---

### NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES

Defendant, Trinity Hope Associates, LLC, on behalf of all Parties, hereby respectfully notifies the Court that the Parties have reached a confidential settlement agreement in the above referenced matter and states as follows:

1. Plaintiff filed this action on October 20, 2009. Trinity's response was filed November 11, 2009.

2. Defendant is notifying this Court, that it has settled this action with the Plaintiff. The Parties are in the process of preparing the necessary documents in order to memorialize the pertinent terms and conditions to execute a formal settlement agreement.

3. As such, the Parties are respectfully requesting a stay of all deadlines, and that the Parties be excused from any appearances, in light of the Parties' imminent settlement agreement.

4. The Parties expect that a stipulation of dismissal with prejudice will be filed shortly.

Respectfully submitted,

/s/ Michelle A. Fox_____
Michelle A. Fox #17242
Berman & Rabin, P.A.
15280 Metcalf Ave.
Overland Park, KS 66223
T: 913/649-1555
F: 913/652-9474
mfox@bermanrabin.com
Attorney for Defendant


/s/J. Mark Meinhardt_____
J. Mark Meinhardt
4707 College Blvd., Suite 100
Leawood, KS 66211
T: 913/451-9797
Meinhardtlaw@sbcglobal.net
Attorney for Plaintiff


## **CERTIFICATE OF SERVICE**

    I hereby certify that on April __21__, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                           /s/ Michelle A. Fox_____
                                                           Michelle A. Fox