# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

JOHN J. GING,                                            Civil File No. 09-CV-2540 JWL/DJW

    Plaintiff,

vs.                                                      **STIPULATION OF DISMISSAL**
                                                                           **WITH PREJUDICE**

TRINITY HOPE ASSOCIATES, LLC,

    Defendant.

    Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff John J. Ging, and the defendant, Trinity Hope Associates LLC hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                                    Respectfully submitted,

Dated: <u>May 11, 2010</u>               By <u>/s/J. Mark Meinhardt</u>
                                                            J. Mark Meinhardt
                                                            4707 College Boulevard, Suite 100
                                                           Leawood, KS 66211
                                                           (913) 451-9797
                                                           (913) 451-6163 (fax)
                                                           ATTORNEY FOR PLAINTIFF

Dated: <u>May 11, 2010</u>               By <u>/s/ Michelle A. Fox</u>
                                                            Michelle Fox, #17242
                                                           Berman & Rabin, P.A.
                                                          15280 Metcalf Ave.
                                                          Overland Park, KS 66223
                                                          (913) 649-1555
                                                          (612) 652-9474 (fax)
                                                          ATTORNEYS FOR DEFENDANT